

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON APPELLANT'S
MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      San Jacinto River Authority v. Charles J. Argento, et al.

Appellate case number:   01-18-00406-CV

Trial court case number:  2018-10787

Trial court:                    151st District Court of Harris County

 The motion for reconsideration en banc is **DENIED.**

**PER CURIAM**

En banc court consists of Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.

Chief Justice Radack not participating.

Date: <u>March 26, 2019</u>